10-30805:13.1:Motion for Relief Stay:Proposed Order Entered: 9/3/2010 2:35:35 PM by:Terri Long Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 10-30805 |
| ALEXANDER BRITVA, | CHAPTER 7 |
| Debtor. | JUDGE CAROL A. DOYLE |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard on the motion of PENNYMAC, its successors and/or assigns, to modify the restraining provisions of §362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code are hereby modified to permit PENNYMAC, its successors and/or assigns, to foreclose its security interest in certain real estate, with a common address of 1045 Dell Rd., Northbrook, Illinois 60062, as provided by Illinois law and statute;

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

ENTER: _____
BANKRUPTCY JUDGE

DATED: 10/19/10

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for PENNYMAC, its Successors and/or Assigns